## ATTACHMENT A

## IN THE UNITED STATES DISTRICT COURT FOR
## THE WESTERN DISTRICT OF MISSOURI

## AFFIDAVIT

I, Russell Ussery, being first duly sworn, do hereby depose and state the following:

1. Your affiant is a Deportation Officer with the Department of Homeland Security, United States Immigration and Custom Enforcement (ICE). I am presently assigned to the Springfield, Missouri, Enforcement and Removal Office. Among my primary duties as Deportation Officer is the investigation of illegal aliens currently located within the United States. I have received training in the area of illegal aliens reentering the United States and have had the opportunity to participate in separate investigations involving these criminal violations.

2. This affidavit is submitted for the limited purpose of establishing probable cause that PEDRO LOPEZ-DOMINGUEZ, the defendant herein, committed a violation of Title 8, United States Code, Section 1326(a). Consequently, this affidavit does not include every fact known to me.

3. On September 23, 2018, PEDRO LOPEZ-DOMINGUEZ, date of birth, June 29, 1989, herein referred to as the defendant, an alien who is a native and citizen of Mexico, was arrested by the Taney County, Missouri Sheriff's Department, for failing to appear in Barry County, Missouri for driving while intoxicated. The defendant was booked into the Taney County, Missouri Jail, and then transferred to Barry County, Missouri the same day. Enforcement and Removal Operations Springfield, Missouri Deportation Officer Erik Hickox was contacted by Barry, County and a telephone interview was conducted. Officer Hickox determined the defendant to be illegally present in the United States and an ICE detainer was placed. On October 4, 2018, the defendant was released to Enforcement and Removal Operations Springfield, Missouri. In custody the defendant, while under oath admitted to his true and correct name and prior removals from the United States to Mexico. The defendant's finger prints were scanned into IAFIS, (Integrated Automated Fingerprint Identification System). This provided a positive biometric match to PEDRO LOPEZ-DOMINGUEZ, Alien File Number A201 074 330.

4. A review of the defendant's official immigration file revealed that on April 10, 2014, the defendant became the subject of a final order of removal from the United States and was subsequently deported from the United States to Mexico on March 7, 2017, at El Paso, Texas, and again on May 10, 2018, at Brownsville, Texas.

5. A review of the defendant's official immigration file and Immigration and Customs Enforcement computer indices indicate no record of the defendant obtaining permission from the United States Attorney General or the Secretary of the Department of Homeland Security for admission after deportation.

Further affiant sayeth not.

_____
Russell Ussery
Deportation Officer
United States Immigration and Custom Enforcement

Sworn and subscribed to before me this 17th day of October, 2018.

_____
David P. Rush
United States Magistrate Judge